*Briccetti, J.* R

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                    Civil Case No. 7:13-CV-02772-VB

SALANDER-O'REILLY GALLERIES, LLC,         Chapter 11
                                          BK Case No. 07-30005 (CGM)
              Debtor.

----------------------------------------------------------x

SOG LIQUIDATION TRUST,                    Adv. Pro. 09-09098 (CGM)
as successor to THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF
SALANDER-O'REILLY GALLERIES, LLC,

              Plaintiff,

       -against-

ANTONETTE FAVUZZA,

              Defendant.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-19-13

## STIPULATION TO DISMISS APPEAL

WHEREAS, Annette Favuzza ("Favuzza") having filed a Notice of Appeal with the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), of the Memorandum Decision of the Bankruptcy Court, dated December 13, 2012, granting summary judgment to SOG Liquidation Trust ("the "Trust"); and

WHEREAS, said appeal (the "Appeal") was docketed with the United States District Court for the Southern District on April 25, 2013 and assigned to the Honorable Vincent Briccetti, United States District Court Judge; and

WHEREAS, the parties are not aware of any costs that are due at this time in connection with the Appeal.

IT IS HEREBY stipulated and agreed by and among the Trust and Favuzza as follows: The Appeal is hereby dismissed with prejudice and with each party to bear its own costs, if any.

Dated: July 16, 2013         PACHULSKI STANG ZIEHL & JONES LLP

                             _____
                             Ilan D. Scharf
                             Beth E. Levine
                             780 Third Avenue, 36th Floor
                             New York, New York 10017
                             Telephone: (212) 561-7700
                             Facsimile: (212) 561-7777

                             Attorneys for SOG Liquidation Trust


Dated: July 15, 2013         JONES & ASSOCIATES

                             _____
                             Roland Gary Jones
                             1230 6th Avenue, Seventh Floor
                             New York, New York 10020
                             Telephone: (646) 964-6461
                             Facsimile: (212) 202-4416

                             Attorneys for Antonette Favuzza


**SO ORDERED**

Dated: 7/19, 2013
White Plains, New York

                             _____
                             U.S.D.J.